UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BROOKLYN 13TH STREET HOLDING CORP.,  JUDGMENT
                                                                                11-CV- 1048 (CBA)
                           Plaintiff,

   -against-

                                                               JAN

NEXTEL OF NEW YORK, INC.,

                           Defendant.
------------------------------------------------------------------X

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 30, 2011, granting Defendant's motion to dismiss the complaint in full; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss the complaint in full is granted.

Dated: Brooklyn, New York
           January 03, 2012

                                                       s/DCP

                                                 DOUGLAS C. PALMER
                                                 Clerk of Court