UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BROOKLYN 13TH STREET HOLDING CORP.,  JUDGMENT
                                     11-CV- 1048 (CBA)
                 Plaintiff,

        -against-

NEXTEL OF NEW YORK, INC.,

                 Defendant.
-----------------------------------------------------------------X

     A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 30, 2011, granting Defendant's motion to dismiss the complaint in full; it is

     ORDERED and ADJUDGED that Defendant's motion to dismiss the complaint in full is granted.

Dated: Brooklyn, New York
       January 03, 2012

s/DCP

DOUGLAS C. PALMER
Clerk of Court